UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
RAFIA LAWAL,                                             :
:
                  Plaintiff,         :
                                            :   22-CV-2849 (VSB)
        -against-                                   :
:          **ORDER**
SPIRALEDGE, INC.,                                        :
:
                  Defendant.      :
---------------------------------------------------------:
X

VERNON S. BRODERICK, United States District Judge:

       On August 8, 2022, I granted Defendant's request for an extension of time to respond to Plaintiff's Complaint until August 19, 2022 given the parties' representation that they were engaged in early resolution discussions. As of this order, the Defendant has not responded to the Complaint. Accordingly, it is hereby

       ORDERED that the parties file a joint letter by August 24, 2022 updating the Court on the status of this case.

SO ORDERED.

Dated: August 22, 2022
       New York, New York

                                                          _____
                                                          Vernon S. Broderick
                                                          United States District Judge